**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JOSEPH R. BLACK, JR.,**

    Plaintiff,

v.                                                                                                 **CASE NO. 3:05-cv-631-J-16MMH**

**BELLSOUTH CORPORATION,**

    Defendant**.**
_____/

## ORDER OF DISMISSAL

This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, entered September 14, 2005 (Doc. #10). No objections have been filed to said Report. After an independent review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Magistrate's Report and Recommendation. Accordingly, it is now

**ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice for lack of prosecution pursuant to Local Rule 3.10(a). The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this  18th   day of October, 2005.

Copies to:
    Counsel of record
    Pro Se Parties

JOHN H. MOORE II
United States District Judge